■ MARGARET SOBOTKA, Respondent, v STEPHEN SOBOTKA, Appellant.— Order, Supreme Court, New York County, entered on September 7, 1976, unanimously affirmed, for the reasons stated by Gomez, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Lupiano, Evans, Capozzoli and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v JULIO MARTINO.—Motion to reargue by the District Attorney denied. We are asked to specify whether our decision was in the interest of justice or, as we said, on the law, the reason being that we reversed and remanded because of instructions by the Trial Justice deemed by us to have been coercive of the jury, the point not having been preserved for review. A reading of the memoranda herein indicates clearly, that point having been brought to our attention in the dissent, that we realized fully that it had not been preserved. It is quite obvious from the majority writing that we determined that the error on which we reversed "went to the essential validity of the trial (People v Patterson, 39 NY2d 288, 296)" and our decision was therefor on the law. Reargument is not necessary. Concur—Murphy, P. J., Capozzoli, Markewich and Lynch, JJ.

(May 26, 1977)

■ In the Matter of the Estate of HAROLD H. LEFFT, Deceased. PATRICIA LENZ et al., Appellants. ROBERT M. LEFFT, as Executor of HAROLD H. LEFFT, Deceased, Respondent. In the Matter of the Estate of HAROLD H. LEFFT, Deceased. ROBERT M. LEFFT, as Executor of HAROLD H. LEFFT, Deceased, et al., Respondents; PATRICIA LENZ et al., Appellants.—Decree, Surrogate's Court, New York County, entered on January 11, 1977, unanimously affirmed on the opinion of DiFalco, S., with $60 costs and disbursements of this appeal to all parties filing briefs, payable out of the estate. Concur— Kupferman, J. P., Birns, Capozzoli and Lane, JJ.

■ AMEUR INTERNATIONAL CORP., Appellant, v DOMINICAN INDUSTRIAL CORP. et al., Defendants-Respondents.—Order, Supreme Court, New York County, entered on January 24, 1977, unanimously affirmed on the opinion of Fraiman, J., at Special Term. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Silverman and Capozzoli, JJ.

■ In the Matter of PATRICK DURKIN, Appellant, v DANIEL W. JOY, as Commissioner of the Department of Housing and Rent Administration of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered on February 23, 1977, unanimously affirmed on the memorandum of Gellinoff, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Silverman and Lane, JJ.

■ LUCILLE FELDMAN et al., as Executrix of JACOB G. FELDMAN, Deceased, Appellant, v TEACHERS RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Respondent—Judgment, Supreme Court, New York County, entered on June 10, 1976, unanimously affirmed, without costs and without disbursements, on the opinion of Baer, J., at I. C. Part. Concur—Kupferman, J. P., Lupiano, Birns and Capozzoli, JJ.